In the Matter of the Accounting of FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA, as Testamentary Trustee of LYDIA S. BENTON, Deceased.

LYDIA J. MAYNARD, an Infant, by WILLIAM L. BURKE, Special Guardian, Appellant; ONEIDA NATIONAL BANK AND TRUST COMPANY OF UTICA, Respondent.

(Argued November 20, 1935; decided December 10, 1935.)

*William L. Burke* for appellant.

*Bradley Fuller* for respondent.

Order affirmed, with costs. Questions certified not answered as the appeal is from a final order. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.